

FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JACOB CALDERON ESPINOZA,<br><br>　　　　　Defendant. | Case No.  16-CR-0120-VAP<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

　　☒　the appearance of defendant as required; and/or

　　☒　the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk to the safety of other persons or the community is based on:

- Instant allegations in violation petition

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk.  The risk of flight is based on:

- Instant allegations in violation petition
- Defendant declined to interview
- Prior Escape conviction
- Foreign ties

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 02/10/2017

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE